**Motion Granted; Abatement Order filed March 31, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00767-CR

_____

### CURTIS ELL WHITE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 183rd District Court
Harris County, Texas
Trial Court Cause No. 1372505**

## ABATEMENT ORDER

The State filed a motion in which it notified this court that an exhibit volume of the reporter's record has been lost or destroyed. Rule 34.6(f) of the Texas Rules of Appellate Procedure provides that an appellant is entitled to a new trial when the reporter's record or exhibits are lost, under certain circumstances. The State asks this court to abate the appeal for the trial court to conduct a hearing to determine whether the exhibits can be replaced by agreement of the parties, or with a copy

determined by the trial court to accurately duplicate with reasonable certainty the original exhibits. Tex. R. App. P. 34.6(f). The motion is granted.

Accordingly, the trial court is directed to conduct a hearing to determine the following: (1) whether appellant timely requested a reporter's record; (2) whether without the appellant's fault, significant exhibits have been lost or destroyed; (3) whether the lost exhibits are necessary to appellant's appeal; and (4) whether the parties can agree on replacement of the missing exhibits with copies, or (5) if the trial court can determine that copies accurately duplicate the missing exhibits with reasonable certainty. The court is directed to reduce its findings to writing and to have a supplemental clerk's record containing those findings filed with the clerk of this court, together with a reporter's record from the hearing, **within 30 days** of the date of this order**.**

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing in compliance with this court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.

PER CURIAM